# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201600354

_____

## UNITED STATES OF AMERICA
Appellee

v.

## JONATHON D. FRAZIER
Lance Corporal (E-3), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Colonel Peter S. Rubin, USMC.
Convening Authority: Commanding Office, 2d Reconnaissance
Battalion, 2d Marine Division, Camp Lejeune, NC.
Staff judge Advocate's Recommendation: Major W.G. McMillan, USMC.
For Appellant: Lieutenant Commander Derek C. Hampton, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 10 January 2017

_____

Before MARKS, GLASER-ALLEN, and ELLINGTON, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court